UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CANDYCE L. SHELLMAN,

               Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

               Defendant.

Case No. C11-1203-RAJ

**ORDER REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The court has considered Plaintiff's complaint, the parties' briefs, the Report and Recommendation ("R&R") (Dkt. # 17) of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record. The court notes that no party objected to the R&R. The court orders as follows:

(1) The court adopts the R&R, reverses the Commissioner's decision, and remands this case to the Social Security Administration for further proceedings consistent with the R&R.

(2) The clerk shall dismiss this action and enter judgment for Plaintiff.

//

//

//

ORDER REVERSING AND REMANDING
CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS - 1

(3) The clerk shall send copies of this order to the parties and to Judge Tsuchida.

DATED this 1st day of May, 2012.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER REVERSING AND REMANDING
CASE FOR FURTHER ADMINISTRATIVE
PROCEEDINGS - 2